ORIGINAL

RECEIVED & FILED
OCT 22 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
White Buffalo Construction, Inc., an Oregon corporation
If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Richard E. Alexander

Firm Name: Stoel Rives LLP

Post Office Box: ______

07-738 C

Street Address: 900 SW Fifth Avenue, Suite 2600

City-State-Zip: Portland, OR 97204

Telephone & Facsimile Numbers: Telephone: (503) 224-3380; Facsimile: (503) 22-2480

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 0
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R N
See attached sheet for three-digit codes.

Amount Claimed: $1,063,135.40
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☒Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $______
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ______

Related Cases:
Is this case directly related to any pending or previous case? ☒Yes ☐No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.