ORIGINAL

FILED
OCT 2 2 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

WHITE BUFFALO CONSTRUCTION, INC., an Oregon corporation,

*Plaintiff,*

v.

UNITED STATES OF AMERICA, by and through the Department of Transportation, Federal Highway Administration, Western Federal Lands Division,

*Defendant.*

No. 07-738 C

**NOTICE OF DIRECTLY RELATED CASES**

Pursuant to RCFC 40.2, notice is hereby provided of the following related cases:

1. In the U.S. Court of Federal Claims: *White Buffalo Construction, Inc. v. United States*, No. 99 961 C.

2. In the U.S. Court of Federal Claims: *White Buffalo Construction, Inc. v. United States*, No. 00 415 C.

3. Case Nos. 99 961 C and 00 415 C are consolidated before Senior Judge Loren A. Smith. This case and the above-listed cases arise out of the same contract and same project

/////

/////

/////

/////

/////

/////

/////

/////

/////

performed by plaintiff for defendant. To conserve judicial resources and promote an efficient determination of the action, this case should be consolidated with the two existing cases.

DATED: October 17, 2007.

STOEL RIVES LLP

Richard E. Alexander, OSB No. 69002
Attorneys of Record for
White Buffalo Construction, Inc.

Richard E. Alexander, Attorney of Record
Charles F. Adams, Of Counsel
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone: (503) 224-3380
Facsimile: (503) 294-9167