ORIGINAL

FILED
OCT 22 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

WHITE BUFFALO CONSTRUCTION, INC., an Oregon corporation,

*Plaintiff,*

v.

UNITED STATES OF AMERICA, by and through the Department of Transportation, Federal Highway Administration, Western Federal Lands Division,

*Defendant.*

No.

**DISCLOSURE STATEMENT**

07-738 C

Plaintiff White Buffalo Construction, Inc. ("White Buffalo") is a corporation organized under the laws of the state of Oregon. White Buffalo does not have a parent corporation, and there is no publicly held corporation that owns 10 percent or more of its stock.

DATED: October 17, 2007.

STOEL RIVES LLP

Richard E. Alexander, OSB No. 69002
Attorneys of Record for
White Buffalo Construction, Inc.

Richard E. Alexander, Attorney of Record
Charles F. Adams, Of Counsel
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone: (503) 224-3380
Facsimile: (503) 294-9167