**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., an Oregon corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | **MOTION TO CONSOLIDATE WITH CASE NOS. 99-961C AND 00-415C**<br><br>**No. 07-738C**<br><br>**Senior Judge Loren A. Smith** |

Plaintiff moves the Court to consolidate with previously consolidated actions Nos. 99-961C and 00-415C with new action No. 07-738C. Plaintiff relies on CFC Rule 42(a), 10 U.S.C. § 609(d) and on its Memorandum in Support of Consolidation, filed concurrently under separate cover.

DATED: October 26, 2007.

/s/ Richard E. Alexander

Richard E. Alexander, OSB No. 69002
Attorneys of Record for
White Buffalo Construction, Inc.
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone: (503) 224-3380
Facsimile: (503) 294-9167