# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **WHITE BUFFALO CONSTRUCTION, INC.**, | * | |
| *Plaintiff,* | * | No. 99-961C |
| | * | (consolidated with 00-415C) and |
| v. | * | related to No. 07-738C |
| | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | |
| | * | Filed: November 7, 2007 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the status conference held on November 5, 2007, Defendant shall file and serve its response to Plaintiff's Motion to Consolidate, filed in 07-738, on or before November 13, 2007. Oral argument on the Motion and Response shall be held by telephone on Friday, November 30, 2006 at 5:00 p.m. EST.

Case Nos. 99-961C and 00-415C shall remained STAYED until that time.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE