IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WHITE BUFFALO CONSTRUCTION, INC., )
an Oregon corporation, )
)
Plaintiff, )
) No. 07-738C
v. ) (Sr. Judge Smith)
)
THE UNITED STATES, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Timothy P. McIlmail, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Timothy P. McIlmail
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Timothy P. McIlmail
Timothy P. McIlmail
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-0342
Facsimile: (202) 514-7965
E-mail:Timothy.McIlmail@usdoj.gov

Dated: November 7, 2007

CERTIFICATE OF FILING

I hereby certify that on November 7, 2007 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail