# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| **WHITE BUFFALO CONSTRUCTION, INC.**, | * | |
| | * | |
| *Plaintiff,* | * | No. 07-738C |
| v. | * | |
| | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | |
| | * | Filed: November 29, 2007 |
| *Defendant.* | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

The Court RESCHEDULES oral argument previously set for Friday, November 30, 2007 to be held on Friday, December 7, 2007 at 2:30 p.m. EDT by telephone.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE