**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., an Oregon corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA, by and through the Department of Transportation, Federal Highway Administration, Western Federal Lands Division,<br><br>*Defendant*. | **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>**No. 99-961C (Consolidated with Case Nos. 07-738C and 00-415C)**<br><br>**Senior Judge Loren A. Smith**<br><br>**Trial Date: August 4, 2008**<br>**Pretrial Conference: July 28, 2008**<br><br>**Electronically Filed July 10, 2008** |

Pursuant to R.C.F.C. 15(c), plaintiff White Buffalo Construction, Inc.'s ("White Buffalo") moves for leave to file an amended complaint in the form attached hereto as Exhibit 1. The motion is made in order to make sure the pleadings accurately capture the issues in dispute, in particular, the approximately $240,000 the Contracting Officer agreed White Buffalo was owed on its termination settlement proposal.

This motion is based on the accompanying memorandum and the pleadings and papers on file herein.

DATED: July 10, 2008.

STOEL RIVES LLP

/s/ Scott J. Kaplan
Richard E. Alexander, OSB No. 69002
Scott J. Kaplan, OSB No. 913350
Attorneys of Record for
White Buffalo Construction, Inc.

Richard E. Alexander, Attorney of Record
Scott J. Kaplan, Attorney of Record
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone: (503) 224-3380
Facsimile: (503) 294-9167