IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 99-961C |
| | ) | (Consolidated with |
| | ) | Nos. 00-415C and 07-738C) |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Defendant, the United States, respectfully consents to the motion for leave to file the proposed amended complaint that plaintiff, White Buffalo Construction, Inc. ("White Buffalo"), attaches to its motion. However, we note that, in its memorandum in support of its motion, White Buffalo characterizes the approximately $240,000 amount that the contracting officer found White Buffalo was due as an "undisputed amount." Plaintiff's Memorandum In Support Of Motion For Leave To File Amended Complaint at 1. We do not agree with that characterization.

This Contract Disputes Act action is a de novo proceeding. See 41 U.S.C. § 609(a)(3). The findings of fact in a contracting officer's final decision are not binding upon the parties and are not entitled to any deference. Wilner v. United States, 24 F.3d 1397, 1401 (Fed. Cir. 1994). Rather, the contractor has the burden of proving the fundamental facts of liability and damages de novo. Id. Indeed, the Court may award to a contractor an amount that is less than a contracting officer found the

contractor was due, or no amount at all. Cf. Renda Marine, Inc. v. United States, 66 Fed. Cl. 639, 721 (2005) (holding that contractor did not prevail upon claims to monies that were the subject of equitable adjustments received during contract performance). Consequently, even the approximately $240,000 amount that the contracting officer found White Buffalo was due is subject to dispute in this action.

In the event the Court files the proposed amended complaint, the Government will answer the amended complaint pursuant to Rule 15(a) of the Rules of the United States Court of Federal Claims.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL:
Rayann L. Speakman
Attorney-Advisor
Western Federal Lands Highway
Division
610 E. Fifth Street
Vancouver, WA 98661

July 11, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on July 15, 2008, a copy of the foregoing Defendant's Response To Plaintiff's Motion For Leave To File Amended Complaint was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail